# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JERMAINE E. THORPE,**

    **Plaintiff,**

                                    Case No. 2:22-cv-2110
                                    Judge Edmund A. Sargus, Jr.
v.                                    Magistrate Judge Kimberly A. Jolson

**MUSKINGUM COUNTY JAIL, OHIO,** *et al.*,

    **Defendants.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 17, 2022. (ECF No. 8.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Application is **DENIED** (ECF No. 4) and this case is DISMISSED for failure to prosecute.  Further, the Court finds that any appeal would not be taken in good faith and Plaintiff may not appeal *in forma pauperis*.

    The Clerk is **DIRECTED** to **ENTER JUDGMENT** in favor of Defendants.

    **IT IS SO ORDERED.**


**10/28/2022**                                  s/Edmund A. Sargus, Jr.
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**